UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELDON ROBINSON,<br>JAMES G. "BO" GRITZ<br><br>　　　　Plaintiffs<br><br>vs.<br><br>CITY OF SUFFIELD,<br>MARK LEAHY, Chief of Police, in his<br>Official and individual capacity and<br>Successor to<br>ROBERT WILLIAMS, Chief of Police, in<br>his official capacity AND,<br>DAVID REESE, Suffield Police Officer, in<br>his official and individual capacity<br><br>　　　　Defendants | CIVIL NO. 3:02CV432(JCH)<br><br><br><br><br><br><br><br><br><br><br><br>OCTOBER 8, 2003 |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, City of Suffield, Mark Leahy, Robert Williams and David Reese, hereby move, pursuant to Federal Rule of Civil Procedure 56, *et seq.*, for judgment as a matter of law on all seven counts of the plaintiff's Complaint brought pursuant to 42 U.S.C. § 1983. These defendants move for judgment as a matter of law on the following grounds: (1) the plaintiff, Sheldon Robinson, was arrested pursuant to a signed Arrest Warrant containing probable cause; (2) even assuming a lack of probable cause in the warrant, the individual defendants are entitled to qualified immunity; (3) the defendants did not use excessive and unreasonable force on the plaintiff Sheldon Robinson; (4) the supervisory liability claim against defendants Williams and Leahy is legally insufficient; (5) the plaintiff does not allege and cannot prove a **Monell** claim against the Town of Suffield; (5) the defendants alleged conduct is not "extreme and

outrageous" so as to support an intentional infliction of emotional distress cause of action; and (6) the claims against the Town of Suffield for respondent superior and indemnification under General Statutes § 7-465 are not recognized under state and/or federal law.

In support of defendants' Motion for Summary Judgment, the defendants respectfully submit the following: (a.) Local Rule 9(c) Statement; and (b.) Memorandum of Law in Support of Motion for Summary Judgment, with attached Exhibits, including Affidavits.

THE DEFENDANTS,

BY: _____
MICHAEL C. DEAKIN
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
Telephone: 203/925-9688
Federal Bar No: ct06814

**ORDER**

So Ordered:

_____
U.S.D.J.

## CERTIFICATION

      This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT 06418

Edward G. McAnaney, Esquire
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
MICHAEL C. DEAKIN