

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| SHELDON ROBINSON, <br> JAMES G. "BO" GRITZ <br><br> Plaintiffs <br><br> vs. <br><br> CITY OF SUFFIELD, <br> MARK LEAHY, Chief of Police, in his <br> Official and individual capacity and <br> Successor to <br> ROBERT WILLIAMS, Chief of Police, in <br> his official capacity AND, <br> DAVID REESE, Suffield Police Officer, in <br> his official and individual capacity <br><br> Defendants | CIVIL NO. 3:02CV432(JCH) <br><br><br><br><br><br><br><br><br><br><br><br><br><br> OCTOBER 8 , 2003 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANTS' LOCAL RULE 9(c)1 STATEMENT

1.   On or about September 30, 1996, James G. "Bo" Gritz, was arrested by the defendant, Officer David Reese of the Suffield Police Department in the McAllister Middle School parking lot in Suffield, Connecticut. See, **Plaintiff's Complaint**, ¶ 11-16, attached hereto and marked as **Exhibit A**.

2.   Mr. Gritz was arrested for attempted kidnapping and attempted custodial interference, relating to the attempted kidnapping of two of Linda Weigand's minor children, one of whom was a student at the McAllister School. **Id**.

3.   After an extensive investigation by the Suffield Police Department, the defendant Reese submitted to the Connecticut Superior Court (Susco, J.), a signed and sworn arrest warrant application for the arrest of the plaintiff Sheldon Robinson, charging him with

Conspiracy to Commit Kidnapping in the First Degree (General Statutes § 53a-92 and 53a-48), Conspiracy to Commit Custodial Interference in the First Degree (General Statutes § 53a-97 and 53a-48), Criminal Attempt to Commit Kidnapping in the First Degree (General Statutes §§53a-92, 53a-49, 53a-8); and Criminal Attempt to Commit Custodial Interference in the First Degree, General Statutes § 53a-97, 53a-49 and 53a-8). *See*, **Application for Arrest Warrant** dated August 17, 2003, attached hereto and marked as **Exhibit B**.

4.     Exhibit B, attached hereto, which is the signed arrest warrant application (Susco, J.) is a true and accurate copy of the original arrest warrant application. *See*, **Affidavit of Officer David Reese**, attached hereto and marked as **Exhibit C**.

5.     As stated in the arrest warrant application, the Suffield Police Department had long been aware of an ongoing custody dispute between Thomas Wilkinson and his ex-wife, Linda Weigand, regarding their children Benjamin Wilkinson and Jonathan Weigand. The Suffield Police Department had been aware of Ms. Weigand's July 3, 1996 arrest for custodial interference in the first degree, arising out of an incident in 1994 when she took Jonathan Weigand and Benjamin Wilkinson underground for more than two years. She was arrested in Las Vegas, Nevada in July, 1996, two months before the incident giving rise to the arrest of the former plaintiff, James G. "Bo" Gritz. *See*, **Exhibit C**, pages 1-2.

6.     Prior to September 30, 1996, the Suffield Police Department was put on notice that a possible kidnapping or abduction of Benjamin Wilkinson and Jonathan Weigand could occur during the school year. **Id**. pg. 2, paragraph 1.

7.     On September 30, 1996, Officer David Reese went to the McAllister Middle School following a complaint of a suspicious vehicle, at which time he observed a blue

automobile with a Nevada license plate, 653HCJ. The operator of the vehicle, James R. Gritz, indicated that he was looking for a 1957 Chevrolet to purchase. **Id**., at pg. 2.

8. When asked who the owner of the 1957 Chevrolet vehicle was, neither Mr. Gritz nor his son, James Gordon Gritz, could provide any information regarding that person. **Id**. pg. 2-3.

9. Thereafter, James R. Gritz and James "Bo" Gritz were requested to step out of the vehicle. James Gritz had a folding knife in his possession. Officer Reese also found a full set of lock picking tools and multi-screw driver tool-type set. Officer Reese also found a AA battery-powered mini-flashlight as well as a prescription medicine bottle with the name "Linda Weigand" on it. **Id**. pg. 3.

10. Officer Reese also examined the passenger's compartment and found series of papers related to the McAllister Middle School, including the schedule for academic days, the lunch schedules, etc. In addition, Officer Reese also found a large cardboard box containing 10 pounds of papers which appeared to be legal documents associated with the legal custody battle between Linda Weigand and Thomas Wilkinson. On the top of this box was a paper that contained a color photograph of both boys, Jonathan Weigand and Benjamin Wilkinson. **Id**. pp. 4-5.

11. Officer Reese also found documentation showing Linda Weigand's address as 10 Burbank Road, Stafford Springs, Connecticut 06875-0131, which was later determined to be the address Linda Weigand used during the charges pending against her in the superior court. **Id**. pg. 5.

12. A subsequent investigation revealed that Mr. Gritz was driving a 1995 Mitsubishi Mirage registered in the name of Donna Maloney, an alias used by Linda Weigand while she lived underground in Las Vegas, Nevada. During the course of the conversation with James G. "Bo" Gritz, Officer Reese learned that he had met Linda Weigand earlier in the day at a Budgetel Inn. He had last seen Ms. Weigand in a Friendly's Restaurant. In addition, the two 16-channel radios found in Linda Weigand's car which were later traced to the Gritz's "Center for Action". These radios were rented and then shipped in care of Scott Weekly at High Adventure Sports in Chattanooga, Tennessee. All of the radios had been returned except four 16-channel radios, four spare batteries and one single unit rapid charger. **Id**. at pg. 6.

13. Mr. Gritz was thereafter arrested for criminal attempt to commit kidnapping in the first degree, and criminal attempt to commit custodial interference. **Id**. pp. 6-7.

14. A further investigation by Officer Reese and the Suffield Police Department revealed the following connection between Mr. Gritz and Sheldon Robinson: that James "Bo" Gritz had hotel room keys no. 408 and 410 at the Budgetel Inn on Ella Grasso Turnpike in Windsor Locks located near Bradley International Airport. These rooms were registered in the name of Sheldon Robinson and were charged to an American Express Account. **Id**. pg. 7.

15. In the days preceding the September 30, 1996 arrest of Mr. Gritz, it was determined that Sheldon Robinson <u>had been to the McAllister Middle School and represented to employees</u> at the Guidance Office that he expected to receive a job promotion and be transferred to the area. School employees, Kim Moriarty and Tracy Scatolini, identified Sheldon Robinson from an array of photographs. Ms. Moriarty and Ms. Scatolini gave Mr. Robinson a

series of paperwork, including the school schedule. At this time, Mr. Robinson did not have any known children to be in the McKinney School District in McKinney, Texas. **Id**. pp. 9-10.

16. The investigation further revealed that Sheldon Robinson was in the area between September 24, 1996 and October 1, 1996, using a 1976 Elanka Viking Model 17-31A, a fixed wing single engine airplane, under serial #76-32-164, made of wood and canvas construction. Id. at pg. 10. Mr. Robinson rented a white 1996 Pontiac Grand Prix from Avis Car Rental, using his State of Texas driver's license. **Id**. at pg. 10.

17. Mr. Robinson rented two rooms at the Motel 6 on September 24, 1996, and that on September 25, 1996 a woman by the name of Donna Maloney checked into Motel 6. Donna Maloney was the alias used by Linda Weigand during her time "underground" with Jonathan Weigand and Benjamin Wilkinson. **Id**. at pg. 11.

18. On September 26, 1996, Mr. Robinson rented a tan Nissan, which was driven a total of 702 miles. Id.

19. Mr. Robinson flew his airplane to Skylark Airport, where he stayed between September 27 and September 29, 1996. A subsequent investigation revealed that Sheldon Robinson paid for a bill of food and beverage at Friendly's Restaurant on September 28, 1996. As noted above, Mr. James "Bo" Gritz mentioned that he had met Ms. Weigand at a Friendly's Restaurant. **Id.** at pg. 12.

20. The history of the connection between James R. "Bo" Gritz and Linda Weigand is well documented, particularly his vocal support of her during his radio program. Id., at pp. 17-21.

                                                    THE DEFENDANTS

                                                    BY: _____
                                                        MICHAEL C. DEAKIN
                                                        Law Offices of Peter D. Clark
                                                        525 Bridgeport Avenue
                                                        Shelton, CT 06484
                                                        Telephone: 203/925-9688
                                                        Federal Bar No: ct06814

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT 06418

Edward G. McAnaney, Esquire
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
MICHAEL C. DEAKIN