FILED

2003 OCT 22  P 12: 36

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SHELDON ROBINSON, <br> JAMES G. "BO" GRITZ | \* <br> \* <br> \* |
| Plaintiffs | \*    CIVIL NO. 3:02CV432(JCH) <br> \* |
| vs. | \* <br> \* |
| CITY OF SUFFIELD, <br> MARK LEAHY, Chief of Police, in his <br> Official and individual capacity and <br> Successor to <br> ROBERT WILLIAMS, Chief of Police, in <br> his official capacity AND, <br> DAVID REESE, Suffield Police Officer, in <br> his official and individual capacity | \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* <br> \* |
| Defendants | \*    OCTOBER 16, 2003 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUPPLEMENT TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The defendants, City of Suffield, Mark Leahy, Robert Williams and David Reese, hereby supplement their Motion for Summary Judgment dated October 8, 2003, with the attached original Affidavit of Edward G. McAnaney, which was not included in the original Motion.

The Affidavit of Edward G. McAnaney is Exhibit F in the October 8, 2003 Motion for Summary Judgment.

In addition, the defendant also includes page 100 of the plaintiff's deposition, which was inadvertently omitted from the defendants' papers.

Finally, the defendants respectfully request that the Court take notice of two typographical errors: at page 7, the defendant inadvertently included the name James R. "Bo"

Gritz, when it should read James G. "Bo" Gritz.  In addition, at page 22 the references to the Town of Monroe should read Town of Suffield at paragraph 1.

THE DEFENDANTS

BY: _____
MICHAEL C. DEAKIN
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
Telephone: 203/925-9688
Federal Bar No: ct06814

### CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT 06418

Edward G. McAnaney, Esquire
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
MICHAEL C. DEAKIN