FILED

2003 OCT 22 P 12: 36

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
************************
SHELDON ROBINSON,               *
JAMES G. "BO" GRITZ             *
                                *
        Plaintiffs              *       CIVIL NO. 3:02CV432(JCH)
                                *
vs.                             *
                                *
CITY OF SUFFIELD,               *
MARK LEAHY, Chief of Police, in his  *
Official and individual capacity and *
Successor to                    *
ROBERT WILLIAMS, Chief of Police, in *
his official capacity AND,      *
DAVID REESE, Suffield Police Officer, in *
his official and individual capacity *
                                *
        Defendants              *       OCTOBER 7 , 2003
************************
```

### AFFIDAVIT OF EDWARD G. MCANANEY

EDWARD G. MCANANEY, being duly sworn, deposes and says:

1. That I am over the age of eighteen (18) and understand and appreciate the meaning of an oath;

2. That I have personal knowledge of the facts as contained in this Affidavit.

3. I am Town Counsel for the Town of Suffield;

4. I have spoken with the Town Clerk's Office, and other officials with the Town of Suffield that would have knowledge with respect to this matter, and upon information and belief, state that the plaintiff has not filed a notice under §7-465 with the Town of Suffield regarding his claims as set forth in this case.

Dated at Suffield, Connecticut, this _14th_ day of _Oct._, 2003.

*Edward G. McAnaney*
Edward G. McAnaney

STATE OF CONNECTICUT )
                              )   SS:   SUFFIELD
COUNTY OF HARTFORD )

Personally appeared before me, Edward G. McAnaney, who made oath to the truth to the matters contained herein.

*Rosalie Manacek*
Notary Public/
~~Commissioner of the Superior Court~~
My commission expires May 31, 2008

100

1       ROBINSON - DIRECT - DEAKIN

2  You know, I'm sure I asked some questions like,

3  "What's up?" or "What's going on?"  And there was no

4  further explanation.  I knew nothing more than that

5  when I left.

6       Q    Since September of 1996, have you ever asked

7  Mr. Gritz, in so many words, "Mr. Gritz, what were

8  you doing at the McAlister School?"?

9       A    Yeah.

10      Q    What did he tell you?

11      A    He said he was wanting to find out what the

12 heck was going on and to just shed some light on the

13 situation.  Bo's real evasive, you know, aloof.  Bo

14 said --

15      Q    I'm just going to interrupt you for a

16 second, okay, because I want you to tell me in the

17 words Mr. Gritz used, to the extent that you can

18 recall them, what he said to you when you said, "What

19 were you doing at the McAlister School on September

20 30, 1996?"

21      A    "Turning around."  That's all he ever said

22 to me.

23      Q    Did he ever say anything in addition to

24 that?

25      A    No.  He never -- He never -- He never