2003 DEC 17 P 12: 11

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
|  |  |
|---|---|
| SHELDON ROBINSON | \* |
| Plaintiff | \* |
| vs. | \* CIVIL NO. 3:02-CV432(JCH) |
| CITY OF SUFFIELD,<br>MARK LEAHY,<br>ROBERT WILLIAMS<br>DAVID REESE | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* DECEMBER 15, 2003

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby moves for an extension of time to January 31, 2004 to respond to Defendants' Motion for Summary Process, for the following reasons:

1. The Plaintiff has retained new counsel who will be filing an appearance shortly.

2. However, because of the size of the this file, the new counsel needs additional time to file the response to the Motion for Summary Judgment.

3. The undersigned will file the Rule 26(f) report on or before December 31, 2003 after final consultation with the defendants and the new attorney for the plaintiff.

WHEREFORE, the plaintiff respectfully requests that the Court allow additional time, until January 31, 2004, to respond to defendants Motion for Summary Judgment.

THE PLAINTIFF

BY _____
Wendi Doolittle Kowarik, His Attorney
P.O. Box 820
Derby, CT 06418
(203)734-1346
Federal Bar No. ct09996

## ORDER

So ordered:

_____
U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this date to the following:

Michael C. Deakin, Esq.
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Edward G. McAnaney, Esq.
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
Wendi Doolittle Kowarik