02CV432M EXT TIME

FILED

2003 DEC 17 P 12: 11

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

SHELDON ROBINSON

Plaintiff

vs.    CIVIL NO. 3:02-CV432(JCH)

CITY OF SUFFIELD,
MARK LEAHY,
ROBERT WILLIAMS
DAVID REESE

Defendants

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*    DECEMBER 15, 2003

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby moves for an extension of time to January 31, 2004 to respond to Defendants' Motion for Summary Process, for the following reasons:

*[Stamped in left margin: MOTION GRANTED. SO ORDERED. 2003 DEC 23 A 8:53, 12/22/03]*

*[Handwritten top left: #22]*