FILED

2004 JAN -5 A 10: 14

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELDON ROBINSON,<br>JAMES G. "BO" GRITZ | *<br>*<br>* |
| Plaintiffs | * CIVIL NO. 3:02CV432(JCH) |
| vs. | * |
| CITY OF SUFFIELD,<br>MARK LEAHY, Chief of Police, in his<br>Official and individual capacity and<br>Successor to<br>ROBERT WILLIAMS, Chief of Police, in<br>his official capacity AND,<br>DAVID REESE, Suffield Police Officer, in<br>his official and individual capacity | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* |
| Defendants | * DECEMBER 30, 2003 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

The defendants, City of Suffield, Mark Leahy, Robert Williams and David Reese, hereby object to the plaintiff's December 15, 2003 Motion for Extension of Time to respond to the defendants' Motion for Summary Judgment. In support of said Objection, the defendants represent as follows:

1. The defendants filed a Motion for Summary Judgment, pursuant to the Rules of Civil Procedure 56 *et. seq.*, on or about October 8, 2003.

2. Following the filing of the Motion for Summary Judgment and after the time elapsed for responding to same, the undersigned attempted to contact counsel for the plaintiff on numerous occasions, without success. In response thereto, and on December 9, 2003, the

undersigned sent a letter to plaintiff's counsel, Wendi Doolittle Kowarik, stating therein that defendants have not yet received any objection to the Motion for Summary Judgment and that, despite several attempts, the undersigned was unable to contact plaintiffs' counsel regarding same. *See*, **Exhibit A**, attached hereto.

3. Shortly thereafter, plaintiff's counsel filed the instant Motion for Extension of Time to respond to the Summary Judgment.

4. The defendants object to the extension of time to file an objection, insofar as the time for filing an objection has long since passed. In addition, plaintiff's counsel indicates in the motion that the plaintiff Sheldon Robinson will be obtaining new counsel.

5. The plaintiff's Motion for Extension of Time states that "new counsel needs additional time to file the response to the motion for summary judgment." It is unclear from the plaintiff's Motion for Extension of Time as to whether or not plaintiff's current counsel has actually contacted the new counsel to ascertain the amount of time he or she will need to respond to the summary judgment motion.

6. In addition, Local Rule of Civil Procedure 15, regarding the withdrawal of appearances, indicates that "withdrawal of appearances may be accomplished only be leave of court on motion duly noticed…"

7. Insofar as this action has been pending since 2002 and it would appear that plaintiff's counsel seeks leave of court to withdraw her appearance, the undersigned respectfully objects to the Motion for Extension of Time insofar the defendants are entitled to have the Motion for Summary Judgment heard on a timely basis.

WHEREFORE, and for all the foregoing reasons, the defendants respectfully object to the plaintiff's Motion for Extension of Time to file in opposition to the Motion for Summary Judgment, particularly in light of the fact that it appears that new counsel may be entering in the case which, in all likelihood, will result in further delay.

THE DEFENDANTS

BY: _____
MICHAEL C. DEAKIN
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT 06484
Telephone: 203/925-9688
Federal Bar No: ct06814

## ORDER

So Ordered:

_____
U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT 06418

Edward G. McAnaney, Esquire
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
MICHAEL C. DEAKIN

LAW OFFICES OF
# PETER D. CLARK
525 BRIDGEPORT AVENUE
SHELTON, CONNECTICUT 06484

PETER D. CLARK†

MICHAEL C. DEAKIN
MELISSA M. RICH

† ALSO ADMITTED IN NEW YORK

TEL (203) 925-9688
FAX (203) 925-1554

pdclark@sbcglobal.net
mdeakin@sbcglobal.net
melissarich@sbcglobal.net

December 9, 2003

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT 06418

Re:   Sheldon Robinson, et al vs. City of Suffield, et al
      Our File #1000.48

Dear Wendi:

I hope all is well.

I have left several messages on your answering machine regarding when you intend to file an objection to the defendants motion for summary judgment. The time for filing such an objection has long since passed, and I have not received an extension of time from you with respect to same.

Upon receipt of this letter, I would appreciate it if you would contact me so that we may discuss same. If I do not hear from you within seven days, I have been instructed to file a motion for judgment of dismissal.

Very truly yours,

Michael C. Deakin

MCD:las