FILED

2004 FEB 10  A 11: 47

## UNITED STATES DISTRICT COURT

### DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SHELDON ROBINSON | |
| Plaintiff | |
| vs. | CIVIL NO. 3:02-CV432(JCH) |
| CITY OF SUFFIELD,<br>MARK LEAHY,<br>ROBERT WILLIAMS<br>DAVID REESE | |
| Defendants | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  FEBRUARY 8, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby moves for an extension of time to February 17, 2004 to respond to Defendants' Motion for Summary Process, for the following reasons:

1. Although the plaintiff indicated that he would be retaining new counsel, he has not done so.

2. In order to protect his interests, the undersigned needs to continue with the case.

3. Since the undersigned relied on the plaintiff's representation that he would retain counsel, she has not had the opportunity to review and respond to the defendant's motion.

4. However, she will have a response complete by February 17, 2004 should this court allow her this small final extension.

WHEREFORE, the plaintiff respectfully requests that the Court allow additional time, until February 17, 2004, to respond to defendants Motion for Summary Judgment.

          THE PLAINTIFF

BY /s/ Wendi Doolittle Kowarik
Wendi Doolittle Kowarik, His Attorney
P.O. Box 820
Derby, CT 06418
(203)734-1346
Federal Bar No. ct09996

## ORDER

So ordered:

_____
U.S.D.J.


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this date to the following:

Michael C. Deakin, Esq.
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Edward G. McAnaney, Esq.
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
Wendi Doolittle Kowarik