FILED

2004 FEB -9 P 1: 06

US DISTRICT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHELDON ROBINSON,<br>JAMES G. "BO" GRITZ<br><br>    Plaintiffs<br><br>vs.<br><br>CITY OF SUFFIELD,<br>MARK LEAHY, Chief of Police, in his<br>Official and individual capacity and<br>Successor to<br>ROBERT WILLIAMS, Chief of Police, in<br>his official capacity AND,<br>DAVID REESE, Suffield Police Officer, in<br>his official and individual capacity<br><br>    Defendants | CIVIL NO. 3:02CV432(JCH)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>FEBRUARY 6, 2004 |

### DEFENDANTS' MOTION FOR JUDGMENT OF DISMISSAL WITH PREJUDICE

The defendants herein hereby move, pursuant to Rule 37 of the Federal Rules of Civil Procedure, for an Order of Dismissal with Prejudice with respect to the plaintiff Sheldon Robinson's lawsuit[1]. In support of said Motion, the defendants represent as follows:

    1.    On or about October 8, 2003, the defendants filed a Motion for Summary Judgment, Local Rule 9(c)1 Statement, supporting Affidavits, various exhibits and Memorandum of Law in support of same. The defendants' Motion for Summary Judgment sought judgment as a matter of law on all Counts of the plaintiff's Complaint, which was brought pursuant to 42 U.S.C. § 1983 arising out of his arrest for, *inter alia*, attempted kidnapping.

---

[1] On August 21, 2003, the District Court (U.S.D.J., Hall) dismissed with prejudice James G. "Bo" Gritz' claims as a result of his failure to appear at a court-ordered deposition.

2.      Following the expiration of the time period in which to respond to the defendants' Motion for Summary Judgment, the undersigned made repeated but unsuccessful attempts at contacting plaintiff's counsel in an effort to discover whether the plaintiff intended on filing an Opposition to the Motion for Summary Judgment. See, *Correspondence from Michael C. Deakin, Esq. to Wendy Doolittle Kowarik, Esq.*, dated December 9, 2003, attached hereto and marked as **Exhibit A**. In apparent response to these unanswered requests, plaintiff's counsel thereafter filed a Request for an Extension of Time up to and including January 31, 2004 in which to file an Opposition. See, *Plaintiff's Motion for Extension of Time*, dated December 15, 2003, attached hereto and marked as **Exhibit B**.

3.      The District Court (U.S.D.J. Hall) granted the plaintiff's Motion for Extension of Time on December 22, 2003 by way of an endorsed Order under Docket No. 22.[2]   See, *District Court's Endorsement Order*, attached hereto and marked as **Exhibit C**. In the plaintiff's Motion for Extension of Time to file an Opposition, Attorney Wendy Doolittle Kowarik indicated that "the plaintiff Sheldon Robinson has retained new counsel who will be filing an Appearance shortly." The plaintiff's Motion also indicates that new counsel will need up to an including **January 31, 2004** in which to "respond to the defendants' Motion for Summary Judgment."

4.      Attorney Doolittle Kowarik has not, as of February 5, 2004, filed motion to withdrawal as counsel, nor has new counsel entered an appearance in behalf of the plaintiff Sheldon Robinson. In addition, and in further violation of the District Court's December 22, 2003 Endorsement Order, the plaintiff **has not filed** an opposition to the defendants' Motion for Summary Judgment.

Rule 37 of the Federal Rules of Civil Procedure provides in pertinent part as follows:

> "If a party... fails to obey an Order to provide or permit discovery..., the Court in which the action is pending may make such Orders in regard to the failure as are just, and among others the following: (d) an Order... dismissing the action or proceeding... ."

Sanctions under Rule 37 fall within the broad discretion of the District Court. <u>Bobal v. Renssulare Polytechnic Institute</u>, 916 F. 2d 759, 764 (2 N.D. Cir. 1999). Although dismissal with prejudice is a harsh remedy; <u>Id</u>.; the Second Circuit Court of Appeals has held that "in this day of burgeoning, costly and protracted litigation the Court should not shrink from imposing harsh sanctions where ... they are clearly warranted." <u>Jones v. Niagra Frontier Transportation Authority</u>, 836 F. 2d. 731, 735 (2 N.D. Cir. 1987), cert. denied, 488 U.S. 825 (1988).

Here, the plaintiff, as well as the former plaintiff James G. "Bo" Gritz, have consistently failed to adhere the Federal Rules of Civil Procedure and have consistently hampered the defendants attempts to conduct discovery. In point in fact, and in violation of the Court's Order, the plaintiff has still not filed with the defendants a proposed form 26(f) Report of Parties Planning Meeting, despite being ordered by the court to do so. In addition, plaintiff Robinson attended a deposition only after the defendants filed a motion for dismissal with prejudice, which the District Court conditionally granted should the plaintiff not appear within 45 days of the order. Former Plaintiff Gritz was, as indicated above, dismissed from the lawsuit for failure to appear at the deposition. Finally, the plaintiff Robinson only responded to the Motion for Summary Judgment, by way of an extension of time, after repeated and unsuccessful inquiry by the undersigned as to whether an opposition would be filed. See, **Exhibit A**. Even when

---

[2] The defendants filed an objection to the extension of time, which was filed in the District Court a day or so after the granting of the motion.

granted the courtesy of an extension of time – an extension notably filed after the time period for filing an opposition had expired - plaintiff Robinson has failed to obey the court's order that such opposition be filed by January 31, 2004 date.   Such flagrant disregard of the rules of practice and this court's order warrants dismissal of the plaintiff's lawsuit.

WHEREFORE, and for all the foregoing reason, the defendants respectfully request that the Court issue n order dismissing the plaintiff's claim with prejudice.

THE DEFENDANTS

BY: _____
MICHAEL C. DEAKIN
Law Offices of Peter D. Clark
525 Bridgeport Avenue
Shelton, CT  06484
Telephone:  203/925-9688
Federal Bar No: ct06814

## ORDER

So Ordered:

_____
U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, on the date hereon to:

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT  06418

Edward G. McAnaney, Esquire
McAnaney & McAnaney
Suffield Village
Suffield, CT  06078

_____
MICHAEL C. DEAKIN

LAW OFFICES OF
# PETER D. CLARK
525 BRIDGEPORT AVENUE
SHELTON, CONNECTICUT 06484

PETER D. CLARK†

MICHAEL C. DEAKIN
MELISSA M. RICH

TEL (203) 925-9688
FAX (203) 925-1554

pdclark@sbcglobal.net
mdeakin@sbcglobal.net
melissarich@sbcglobal.net

† ALSO ADMITTED IN NEW YORK

December 9, 2003

Wendi Doolittle Kowarik, Esq.
P.O. Box 820
Derby, CT 06418

Re: Sheldon Robinson, et al vs. City of Suffield, et al
Our File #1000.48

Dear Wendi:

I hope all is well.

I have left several messages on your answering machine regarding when you intend to file an objection to the defendants motion for summary judgment. The time for filing such an objection has long since passed, and I have not received an extension of time from you with respect to same.

Upon receipt of this letter, I would appreciate it if you would contact me so that we may discuss same. If I do not hear from you within seven days, I have been instructed to file a motion for judgment of dismissal.

Very truly yours,

Michael C. Deakin

MCD:las

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| SHELDON ROBINSON | \* |
| Plaintiff | \* |
| vs. | \* CIVIL NO. 3:02-CV432(JCH) |
| CITY OF SUFFIELD,<br>MARK LEAHY,<br>ROBERT WILLIAMS<br>DAVID REESE | \* |
| Defendants | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  DECEMBER 15, 2003

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby moves for an extension of time to January 31, 2004 to respond to Defendants' Motion for Summary Process, for the following reasons:

1. The Plaintiff has retained new counsel who will be filing an appearance shortly.

2. However, because of the size of the this file, the new counsel needs additional time to file the response to the Motion for Summary Judgment.

3. The undersigned will file the Rule 26(f) report on or before December 31, 2003 after final consultation with the defendants and the new attorney for the plaintiff.

WHEREFORE, the plaintiff respectfully requests that the Court allow additional time, until January 31, 2004, to respond to defendants Motion for Summary Judgment.

                        THE PLAINTIFF

                        BY_____
                        Wendi Doolittle Kowarik, His Attorney
                        P.O. Box 820
                        Derby, CT 06418
                        (203)734-1346
                        Federal Bar No. ct09996

## ORDER

So ordered:

_____
U.S.D.J.

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid on this date to the following:

Michael C. Deakin, Esq.
Law Offices of Peter Clark
525 Bridgeport Avenue
Shelton, CT 06484

Edward G. McAnaney, Esq.
McAnaney & McAnaney
Suffield Village
Suffield, CT 06078

_____
Wendi Doolittle Kowarik

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

*************************
SHELDON ROBINSON

Plaintiff

vs.                             CIVIL NO. 3:02-CV432(JCH)


CITY OF SUFFIELD,
MARK LEAHY,
ROBERT WILLIAMS
DAVID REESE


Defendants
*************************   DECEMBER 15, 2003

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby moves for an extension of time to January 31, 2004 to respond to Defendants' Motion for Summary Process, for the following reasons:

*MOTION GRANTED.*
*SO ORDERED.*
*Janet C. Hall, U.S.D.J.*