25

FILED

2004 FEB 10  A 11: 47

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*************************

02CV432MEXTIME

SHELDON ROBINSON

Plaintiff

vs.                                CIVIL NO. 3:02-CV432(JCH)

CITY OF SUFFIELD,
MARK LEAHY,
ROBERT WILLIAMS
DAVID REESE

Defendants

*************************  FEBRUARY 8, 2004

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

The Plaintiff in the above captioned matter hereby moves for an extension of time to February 17, 2004 to respond to Defendants' Motion for Summary Process, for the following reasons:

*[Handwritten margin note: Motion Granted. There will be no further extensions granted. So Ordered. /s/ 2/10/04]*

*[Stamp: 2004 FEB 11 P 3: 57]*