UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SHELDON ROBINSON
JAMES G. "BO" GRITZ
    Plaintiff                                                       3:02v432JCH
v

CITY OF SUFFIELD, MARK LEAHY,
Chief of Police, in his official and individual
capacity and successor to ROBERT WILLIAMS,
Chief of Police, in his official and individual
capacity AND DAVID REESE, Suffield Police
Officer, in his official and individual capacity
        Defendant

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of defendants' motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on July 8, 2004, entered a Ruling On Motion For Summary Judgment, granting the motion.

On August 21, 2003, the Court granted the defendants' motion for dismissal with prejudice of the claims of plaintiff James G. "Bo" Gritz.

Therefore, it is ORDERED and ADJUDGED that the motion is granted, and this case is closed.

Dated at Bridgeport, Connecticut, this 14th day of July, 2004.

                                        KEVIN F. ROWE, Clerk

                                      By _____
                                                 Deputy Clerk

Entered on Docket _____